### No. 9834.

THE STATE OF LOUISIANA VS. B. F. SMITH.

This Court has no jurisdiction of a criminal case wherein a fine of three hundred dollars has not been actually imposed ; and when the crime charged is not punishable with imprisonment at hard labor in the penitentiary. State vs. J. Mack Smith, recently decided, is affirmed.

APPEAL from the Fourth District Court, Parish of Jackson. Bridges, J.

*M. J. Cunningham*, Attorney General, for the State, Appellant.

*E. E. Kidd*, for Defendant and Appellee.

---

The opinion of the Court was delivered by

WATKINS, J. The State appeals from a judgment quashing an indictment against the accused for retailing liquor without a license, contrary to the provisions of R. S. Sec. 910, on the exception of the accused to the effect that same was repealed by Act 83 of 1886.

The penalty provided for such an offense is a fine of not less than

one, nor more than five hundred dollars, and, in default of payment, imprisonment of not less than fifteen days, nor more than four months.

*No fine has been actually imposed;* and the accused could not, under the law, be sentenced to imprisonment at hard labor.   Hence, this Court has no jurisdiction of the appeal, and appellee's motion to dismiss the appeal is sustained.     State vs. J. Mack Smith, just decided and unreported, is affirmed.

Appeal dismissed.